# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:02-cr-00015 |
| v. | ORDER |
| WILLIE JOHNSON, | JUDGE NORMAN K. MOON |
| *Defendant.* | |

For the reasons stated in the accompanying Memorandum Opinion, the Government's second motion for an extension of time, Dkt. 153, is **DENIED** and Willie Johnson's 18 U.S.C. § 3582(c)(1)(A)(i) motion for early release, Dkts. 137, 146, is **GRANTED**. Johnson's custodial sentence is hereby **REDUCED** to time served plus 10 days. The Bureau of Prisons shall release Johnson within 10 days from the date of this Order. All other terms of Johnson's sentence shall remain the same.

The Clerk of the Court is hereby directed to send this Order to all counsel of record.

Entered this __1st__ day of August 2022.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE